# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Brenda Clayton<br><br>Plaintiff,<br><br>v.<br><br>Asset Acceptance, LLC<br><br><br>Defendant. | Case No. 2:14-cv-13674-DPH-PJK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.


RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Hyslip & Taylor, LLC, LPA | Dykema Gossett, PLLC |
| By: /s/ Jeffrey S. Hyslip<br>Jeffrey S. Hyslip<br>1100 W. Cermak Rd., Suite B410<br>Chicago, IL 60608<br>Telephone: 312-380-6110<br>Fax: 312-361-3509<br>Email: jeffrey@lifetimedebtsolutions.com<br>Attorney for Plaintiff | By: /s/ Theodore W. Seitz<br>Theodore W. Seitz<br>201 Townsend Street, Suite 900<br>Lansing, MI 48933<br>Telephone: 5170374-9100<br>Fax: Fax: 855-258-3518<br>Email: tseitz@dykema.com<br>Attorney for Defendant |

## CERTIFICATE OF SERVICE

      I hereby certify that on January 5, 2015, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Theodore W. Seitz
Dykema Gossett, PLLC
201 Townsend Street, Suite 900
Lansing, MI  48933

Counsel for:
Asset Acceptance, LLC

                                                  /s/ Jeffrey S. Hyslip