# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Brenda Clayton

    Plaintiff,

v.

Asset Acceptance, LLC

    Defendant.

Case No. 2:14-cv-13674-DPH-PJK

## ORDER OF DISMISSAL

This matter having come before the Court on the Stipulation of Dismissal with Prejudice submitted by the parties;

IT IS HEREBY ORDERED that the above-captioned case is hereby dismissed with prejudice, with each party to bear its own costs and fees.

                                                    s/Denise Page Hood
                                                  United States District Court

DATE:  January 13, 2015